| | |
|---|---|
| 1 | DAVID S. BLOCH (No. 184530) |
| | JENNIFER L. ISHIMOTO (No. 211845) |
| 2 | McDERMOTT WILL & EMERY LLP |
| | 3150 Porter Drive |
| 3 | Palo Alto, CA 94304-1212 |
| | Telephone: 650-813-5000 |
| 4 | Facsimile: 650-813-5100 |
| 5 | Attorneys for Plaintiff |
| | DIOPTICS MEDICAL PRODUCTS, INC. |

ERIC A. HANSCOM (CSB No. 183359)
6994 El Camino Real, #204
Carlsbad, CA 92009
Telephone: (760)804-1712
Facsimile: (760)494-3014

Attorney for Defendant
EYE OJO CORPORATION dba
GREATTECH VISION

**ORDER E-FILED ON 5/31/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation, | Civil Case No. 05-00436 (HRL) |
| Plaintiff, | **ELECTRONIC FILING CASE** |
| v. | **JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| EYE OJO CORPORATION dba GREATTECH VISION, a California corporation, | **AND ORDER** |
| Defendant. | |

The parties are very close to reaching a settlement in the above action. In light of this development, the parties ask the Court to continue the Case Management Conference scheduled for Tuesday, June 7, 2005 for sixty days in hopes that a final settlement agreement can be reached.

| | | |
|---|---|---|
| 1 | Dated: May 26, 2005 | Respectfully submitted, |
| 2 | | McDermott Will & Emery LLP |

By: /s/ _____
David S. Bloch
Jennifer L. Ishimoto

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

Dated: May 26, 2005                           Respectfully submitted,

By:    /s/    _____
Eric A. Hanscom

Attorney for Defendant
EYE OJO CORPORATION dba
GREATTECH VISION

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the Case Management Conference currently scheduled for June 7, 2005, is continued to August 9, 2005.

IT IS SO ORDERED.

Dated:  May 31, 2005                           /s/ Howard R. Lloyd
                                               Hon. Howard R. Lloyd
                                               United States Magistrate Judge
                                               Northern District of California

JOINT STIPULATION REQUESTING
CONTINUANCE OF CASE MANAGEMENT        - 2 -                Civil Case No. 05-00436 (HRL)
CONFERENCE