DAVID S. BLOCH (No. 184530)
JENNIFER L. ISHIMOTO (No. 211845)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650.813.5000
Facsimile:    650.813.5100

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

Eric A. Hanscom (CSB No. 183359)
6994 El Camino Real, #204
Carlsbad, CA 92009
Telephone: (760)804-1712
Facsimile: (760)494-3014

Attorney for Defendant
EYE OJO CORPORATION dba
GREATTECH VISION

*E-FILED ON 7/22/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EYE OJO CORPORATION dba GREATTECH VISION, an California corporation,<br><br>Defendant. | Civil Case No.  05-00436 (HRL)<br><br>**STIPULATED DISMISSAL** |

Plaintiff Dioptics Medical Products, Inc. ("Dioptics") and defendant Eye Ojo Corporation dba Greattech Vision ("Eye Ojo") have reached a confidential settlement of this case. As part of this confidential settlement, the parties have agreed to the entry of this Stipulated Dismissal with Prejudice, including the terms and conditions set forth below:

1.     1.    The Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Stipulated Dismissal with Prejudice and the confidential settlement agreement reached between the parties, the terms of which are expressly incorporated herein by reference as though fully set forth.

    2.    This Stipulated Dismissal shall be binding upon and shall inure to the benefit of Dioptics and Eye Ojo and each of their respective licensees, subsidiaries, corporate parents, affiliates, and/or successors and assigns.

    3.    This action is hereby DISMISSED WITH PREJUDICE.

Dated: July 15, 2005

Respectfully submitted,

McDermott Will & Emery LLP

By:   /s/ Jennifer L. Ishimoto
David S. Bloch
Jennifer L. Ishimoto

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

Dated: July 15, 2005

Respectfully submitted,

By:   /s/ Eric A. Hanscom
Eric A. Hanscom

Attorney for Defendant
EYE OJO CORPORATION dba
GREATTECH VISION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this stipulated dismissal with prejudice and the confidential settlement agreement reached between the parties, the terms of which are expressly incorporated by reference as though fully set forth.

**Dated: July 22, 2005**
/s/ Howard R. Lloyd
**United States Magistrate Judge**
**Northern District of California**

STIPULATED DISMISSAL      - 2 -      Civil Case No. 05-00436 (HRL)

CERTIFICATION BY JENNIFER L. ISHIMOTO PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am an associate in the law firm of McDermott Will & Emery LLP, counsel for plaintiff Dioptics Medical Products, Inc. in this matter. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on this 15th day of July, 2005.

_____
Jennifer L. Ishimoto

MPK 94304-1.070302.0017

STIPULATED DISMISSAL                - 3 -                Civil Case No. 05-00436 (HRL)